AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

RICHARD W. NAGEL CLERK OF COURT
APR -1 2026 10:40 A
U.S. DISTRICT COURT SOUTHERN DISTRICT OHIO DAYTON

United States of America
v.
John Donald Butler
*Defendant(s)*

Case No. 3:26 MJ 124

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 30, 2026 in the county of Montgomery in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC s. 2113(a) | bank robbery |

This criminal complaint is based on these facts:

See Attached Affidavit of Kamryn T. Yauger

☑ Continued on the attached sheet.

Kamryn T. Yauger
*Complainant's signature*

Kamryn T. Yauger, TFO of the FBI
*Printed name and title*

Sworn to by reliable electronic means -- namely, telephone.

Date: 4/1/2026

*Judge's signature*

City and state: Dayton, Ohio

Caroline H. Gentry, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Your Affiant, Kamryn T. Yauger, being duly sworn, hereby deposes and states as follows:

## INTRODUCTION

1. Your Affiant is a Police Officer with the City of Moraine, Ohio Police Department and has been employed full time since March of 2018. I have received specialized training from the Basic Peace Officer Training Academy sponsored by the Sinclair Community College and graduated in 2017. I graduated from Ohio University in 2025 with a bachelor's degree in criminal justice. Your Affiant is currently assigned as a Task Force Officer (TFO) on the Federal Bureau of Investigation's Southern Ohio Safe Streets Task Force (SOSSTF). As such, your Affiant is charged with investigating crimes against the United States of America, including but not limited to violations of Title 18 and Title 21 of the United States Code (U.S.C.).

## PURPOSE OF AFFIDAVIT

2. This Affidavit is submitted in support of a criminal complaint and seeks the issuance of an arrest warrant against John Donald Butler for the violation of 18 U.S.C. § 2113(a) (bank robbery). The information contained in this Affidavit is largely based upon an investigation conducted by your Affiant and other law enforcement officers. All details of the investigation are not included in this Affidavit, but rather only information necessary to establish probable cause of the above-described violation.

## SUMMARY OF PROBABLE CAUSE

3. On March 30, 2026, at approximately 2:45 P.M., a bank robbery occurred at the Key Bank, located at 2950 Miamisburg Centerville Road, Dayton, OH 45459. Based on information from Key Bank, I know that the deposits of this institution are insured by the Federal Deposit Insurance Corporation.

4. The suspect, a white male wearing a white hard hat, a yellow cap underneath his hard hat, an orange shirt and a yellow high-visibility vest, entered the bank and approached the teller, identified herein as Witness A. The male suspect – later identified as John Donald Butler - told Witness A to get everything out of the top drawer and not to include any dye packs. The male told Witness A that if Witness A placed any dye packs in with the money, he would "drop him to the ground". Witness A complied and provided the suspect with an amount of money. The amount was later determined to be approximately $9,316.00 +/- $5.00, according to a Key Bank Regional Manager. The suspect then fled the scene without incident.

5. Law enforcement obtained still photographs of the suspect from Key Bank Security cameras, two of which are depicted below. The still was submitted for comparison to known photos, and the still returned with an identification of the suspect as John Donald Butler. Notably, a criminal history check for Butler revealed that he has prior convictions for bank robbery.





29

6. Law enforcement searched databases and found a car associated with Butler and an apparent relative of his – namely, a 2021 Blue Ford Escape with Ohio registration HSB3926. Law enforcement reviewed FLOCK cameras (a license plate reader database) for the 2021 Blue Ford Escape and found it to be in the vicinity of the Key Bank both before and after the robbery. A picture of the Escape is depicted below.



7. At approximately 5:50 P.M, law enforcement located the suspect vehicle and identified the driver as Butler. A traffic stop was conducted on the suspect vehicle, and Butler was found to be the sole occupant and driver of the SUV. Butler was taken into custody. A search of him incident to his arrest yielded approximately $426.45 in his front left Jean pocket, along with approximately 70 grams of a white Crystal substance in a plastic baggie, inside his left pant leg near his knee. Butler invoked his Miranda Rights and declined to speak with officers. Butler was transported to the Montgomery County Jail. His booking photo is below, and he appears to be the same individual as committed the robbery.



8. The vehicle was towed, pending a search warrant for evidence. On March 31, 2026, law enforcement obtained and executed a search warrant on the vehicle. In the trunk of the vehicle, officers located a black bag with a large amount of money and a note that stated: "Robbery All Money Now! No Dye Packs". Items of clothing consistent with what Butler was wearing at the time of the robbery, including the hard hat, were also located inside of the vehicle.

9. I conducted criminal history records check concerning Butler. In doing so, it was learned Butler had been convicted of bank robberies in, among other places, Florida and Georgia.

10. Based on the facts set forth in the Affidavit, your Affiant believes there is probable cause to believe that John Donald Butler violated 18 U.S.C. § 2113(a) (bank robbery).

Kamryn T. Yauger

Kamryn T. Yauger
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this 1st day of April 2026.

HONORABLE CAROLINE H. GENTRY
UNITED STATES MAGISTRATE JUDGE